**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

HENK VISSER,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　CASE NO. 4:08cv46-SPM

CHIEF JUDGE ZLOCH, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's Report and Recommendation. (doc. 6) Plaintiff has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is hereby ORDERED AND ADJUDGED as follows:

1. The magistrate judge's report and recommendation (doc. 6) is **adopted** and incorporated by reference in this order.

2. This case is dismissed without prejudice for failure to prosecute and failure to comply with court orders.

DONE AND ORDERED this <u>fourteenth</u> day of April, 2008.

                      *s/ Stephan P. Mickle*
                      Stephan P. Mickle
                      United States District Judge